≈JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEA

**City** Quincy

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant  X _____   New Defendant _____
Magistrate Judge Case Number   21-MJ-XXXX
Search Warrant Case Number   23-MJ-6243-6244-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name   Stephen M. Marsden   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: Quincy, MA

Birth date (Yr only): 1981   SSN (last 4#): _____   Sex: _____   Race: _____   Nationality: _____

Defense Counsel if known: Scott Gediman, Esq.   Address: Gediman & Gediman PC

Bar Number: N/A   512 Broadway, Everett, Massachusetts 02149

**U.S. Attorney Information**

AUSA:  K. Nathaniel Yeager   Bar Number if applicable: 630992

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date:** May 26, 2023

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at  Norfolk Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/20/23   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Stephen M. Marsden

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 500 or more grams of cocaine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) | PWID 500 or more grams of cocaine | 2 |
| Set 3 | 18 U.S.C. § 924(c)(1)(A)) | Poss. of Firearm in Furtherance of Drug Trafficking | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

≋JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Worcester and Quincy  **Related Case Information:**
**County** Worcester and Norfolk  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant X _____  New Defendant _____
Magistrate Judge Case Number 21-MJ-XXXX
Search Warrant Case Number 23-MJ-6243-6244-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name  EVANS J. KLIMAVICH    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____
Address: Worcester, MA
Birth date (Yr only): 1981   SSN (last 4#): _____   Sex: M   Race: W   Nationality: _____
Defense Counsel if known: Paul V. Kelly, Esq.   Address: Jackson & Lewis
Bar Number: N/A     75 Park Plaza, 4th Floor, Boston, MA 02116

**U.S. Attorney Information**

AUSA: K. Nathaniel Yeager    Bar Number if applicable: 630992

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: State Court   on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/26/23    Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Evans J. Klimavich

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 500 or more grams of cocaine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) | PWID 500 or more grams of cocaine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**