UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(02) STEVEN M. MARSDEN. | )  Criminal No. 23-cr-10284-<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT FINAL STATUS REPORT PURSUANT TO LOCAL RULE 116.5(c)**

Pursuant to Local Rule 116.5(c), the United States, by its undersigned counsel, respectfully submits the following joint status report regarding the above-captioned matter, which is set for an interim status conference at 10:00 a.m. on **September 5, 2024**.

### I. Transfer

The parties respectfully request that the matter be referred to the District Court for a pre-trial conference date to be held at a date convenient for the Court and parties in early October. The Defendant anticipates requesting a Rule 11 hearing but is considering whether to first file a Motion to Suppress. The Defendant will be prepared to inform the Court of his decision at the pre-trial conference.

### II. Status of Automatic Discovery and Pending Discovery Requests

Automatic Discovery Provided by the Government

The United States provided discovery to the Defendant on the dates of his initial appearance and on December 14, 2023 and January 3, 2024. The United States understands that it has an ongoing and continuing duty to produce discovery.

Automatic Discovery Provided by the Defendant

The Defendant has not provided automatic discovery.

### III. **Additional Discovery**

Automatic Discovery To Be Provided by the Government

The United States believes that it has provided all automatic discovery but is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

Automatic Discovery To Be Provided by Defendant

The Defendant is not aware of any automatic discovery materials.

### IV. **Pretrial Motions**

As stated above, the parties respectfully request that the matter be referred to the District Court for a pre-trial hearing date in early October during which the Defendant anticipates requesting either a Motion to Suppress hearing or a Rule 11 hearing.

### V. **Periods of Excludable Delay**

The parties agree that the time from the Final Status Conference until the next scheduled date should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

### VI. **Estimated Length of Trial**

If the matter proceeds to trial, the parties anticipate that the trial will last approximately 5 days.

Respectfully submitted,

Joshua S. Levy
Acting United States Attorney
By:
/s/ K. Nathaniel Yeager
K. NATHANIEL YEAGER
Assistant U.S. Attorney

STEPHEN M. MARSDEN
By:
/s/  Scott Gediman
SCOTT GEDIMAN, ESQ.

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          <u>/s/ K. Nathaniel Yeager</u>
          K. NATHANIEL YEAGER
          Assistant U.S. Attorney

Dated: September 3, 2024